```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
　　　　　　　　　　　　　　　　　　　　　　　:
CLEAR BLUE INSURANCE COMPANY,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiff,　　　　　:　　1:25-cv-1392-GHW
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　　　　　:　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　:
ARM OR ALLY, LLC, *et al.*,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendants.　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

　　Because Defendants have not yet appeared in this matter, the initial pre-trial conference scheduled for May 1, 2025 at 2:00 p.m. is adjourned to July 31, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's February 23, 2025 order are due no later than July 24, 2025.  In the event that Plaintiff intends to prosecute its case by way of order to show cause why default judgment should not be entered, the Court expects it to do so, in full compliance with the procedure articulated in the Court's Individual Rules of Practice in Civil Cases, no later than June 1, 2025 . Plaintiff is specifically directed to comply with Rule 3(G) of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

　　　　SO ORDERED.

Dated: April 29, 2025
　　　　New York, New York　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge